Hank AVERY, Petitioner,

v.

MIDLAND COUNTY, Texas, et al., Respondents.

No. A–11272.

Supreme Court of Texas.

May 22, 1968.

William A. Olson, Houston, for petitioner.

Stubbeman, McRae, Sealy & Laughlin, F. H. Pannill and W. B. Browder, Jr., Midland, Harrell Moore, Midland, for respondents.

PER CURIAM.

The judgment of this Court entered under date of July 13, 1966, having been vacated by the Supreme Court of the United States, the judgment of the Court of Civil Appeals, 397 S.W.2d 919 is reversed and this cause is remanded to the district court for further proceedings in accordance with the opinion of the Supreme Court of the United States in Avery v. Midland County, Texas, et al., dated April 1, 1968, 390 U.S. 474, 88 S.Ct. 1114, 20 L.Ed.2d 45.